**FILED**
August 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )      Case No. CR. S-08-0363 LKK
           Plaintiff,             )
                                  )
v.                                )      ORDER FOR RELEASE OF
                                  )      PERSON IN CUSTODY
DAVID ROBBIE FORKNER,             )
                                  )
           Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DAVID ROBBIE FORKNER</u>, Case No. <u>CR. S-08-0363 LKK</u>, Charge <u>Title 21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　　Release on Personal Recognizance

　　　X　　Bail Posted in the Sum of $ <u>155,000 (secured by real property)</u>

　　　　　　__　Unsecured Appearance Bond

　　　　　　__　Appearance Bond with 10% Deposit

　　　　　　__　Appearance Bond with Surety

　　　　　　__　Corporate Surety Bail Bond

　　　X　　(Other)　　<u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 20, 2008</u> at <u>4:00</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge