John R. Manning  
Attorney at Law  
Ca. St. Bar No. 220874  
1111 H Street, Suite 204  
Sacramento, CA  95814  
Telephone: (916) 444-3994  

Attorney for Defendant  
David Robbie Forkner  

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-363 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| David Forkner, | ) | |
| | ) | Date: January 27, 2012 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., that the status conference currently set for January 20, 2012, be continued to January 27, 2012, at which time the defendant anticipates entering a change of plea.  The parties also stipulate that the time beginning January 18, 2012, and extending through January 27, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties request to exclude time for defense preparation. The defense requests more time to review and discuss the proposed plea agreement.

1

1    The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial. 18
4 USC § 3161(h)(7)(B)(iv) and (Local T-4).
5 IT IS SO STIPULATED.

7 Date: January 18, 20102            /s/ John R. Manning
                                     JOHN R. MANNING
8                                    Attorney for Defendant
                                     David Robbie Forkner

10
11 Dated: January 18, 2012            Benjamin B. Wagner
                                      United States Attorney

13                               by:  /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR.S 08-363 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO **CONTINUE** |
| ) | STATUS CONFERENCE |
| David Forkner, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation, January 18, 2012, through and including January 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  It is further ordered that the January 20, 2012 status conference shall be continued until January 27, 2012, at 9:00a.m.

3

IT IS SO ORDERED.

Dated:   January 18, 2012

GARLAND E. BURRELL, JR.
United States District Judge