JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
DAVID FORKNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08 CR 363 GEB |
| Plaintiff, | |
| v. | APPLICATION AND ORDER EXONERATING BOND |
| DAVID FORKNER, | |
| Defendant. | |

On April 13, 2012, the defendant in the above captioned matter was sentenced and his case was closed. Defendant previously posted a $155,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED:  May 8, 2012        /s/ John R. Manning
                           Attorney for Defendant
                           David Forkner

IT IS SO ORDERED.

DATED:  May 8, 2012.
                           _____
                           EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE